IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEEMAC TRUCKING, LLC**                                                                                       **PLAINTIFF**

**V.**                              **CAUSE NO. 3:22-CV-00257- MPM-RP**

**NEELY AND SON, LLC, a/k/a WILLIAM F.**                            **DEFENDANT**
**NEELY AND SON, LLC**

**ALBANY INDUSTRIES, LLC**                                              **GARNISHEE**

## WRIT OF GARNISHMENT ON JUDGMENT

TO:     The United States Marshal Office or Other Lawful Officer:

WHEREAS, on March 24, 2023, Beemac Trucking, LLC ("Beemac") obtained a Default Judgment against Neely and Son, LLC, aka William F. Neely and Son, LLC ("Neely"), in the amount of $93,600.76 based on an arbitration award, together with pre-judgment interest on the $66,345.12 portion of the judgment at the rate of 6% for the period of November 2022 through March 24, 2023 (which interest totals $1,570.47), together with post-judgment interest on the amount of $93,600.76 from March 24, 2023 through the present at a rate equal to the weekly average 1-year constant maturity Treasury yield (which interest presently totals $2,475.90), together with attorney's fees and costs in the amount of $4,440.27, for a total Judgment in the amount of $102,087.40; and

    WHEREAS, the current balance of the judgment is $102,087.40.

    WHEREAS, as of this date, the Judgment has not been satisfied, and has never been assigned by Neely to any other party, and Neely having made proper Suggest for Writ of Garnishment against **Albany Industries, LLC, which may be served with process c/o C.T. Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232,** we, therefore command you to summon, Albany Industries, LLC to answer this garnishment within

PD.43594109.1

twenty-one (21) days of delivery of this Writ of Garnishment, under oath and in writing and to mail or deliver within said time a copy of its answer to James W. Shelson, Phelps Dunbar LLP, 4270 I-55 North, P.O. Box 16114, Jackson, Mississippi 39236-6114, Attorney for Plaintiff.

You should answer under oath in writing to the following:

FIRST, whether you are indebted to Neely and Son, LLC, aka William F. Neely and Son, LLC or was so indebted at the time of the service of Writ, or has at any time since been so indebted; and if so indebted, in what sum whatever due or not, and when due or to become due, and how the debt is evidenced and what interest it bears.

SECOND, what effects of Neely and Son, LLC, aka William F. Neely and Son, LLC you may have or had at the time of the service of the Writ, or has had since, or in its possession or under its control.

THIRD, whether you know or believe any other persons are indebted to Neely and Son, LLC, aka William F. Neely and Son, LLC and if so, whom, and in what amount, and where they reside.

FOURTH, whether you know or believe that any other persons have effects of either Neely and Son, LLC, aka William F. Neely and Son, LLC in his possession or under his control, and if so, whom, and where they reside.

WITNESS MY SIGNATURE, this the __9th__ day of __November__, 2023.

DAVID CREWS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

BY:_____s/ David Crews_____, D.C.
Clerk of Court
*by: jla*

PD.43594109.1